COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-211-CV

IN RE RONALD EARL LEONARD RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus.  The trial court has notified us that relator’s motion for order nunc pro tunc was denied on December 16, 2002.  Accordingly, relator's petition for writ of mandamus is denied as moot.

PER CURIAM

PANEL A: CAYCE, C.J.; HOLMAN and GARDNER, JJ.

DELIVERED: July 29, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.